# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

J. MITCHELL OURSO, JR.                                          NO.  2023 CW 0341

VERSUS

LOUISIANA BOARD OF ETHICS                           **APRIL 17, 2023**

---

In Re:   Louisiana Board of Ethics, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 82077.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.** The trial court's March 13, 2023 ruling denying the Louisiana Board of Ethics' exception of improper venue is reversed. Venue for suits filed against a state agency shall be instituted before the district court of the judicial district in which the state capitol is located or in the district court having jurisdiction in the parish in which the cause of action arises. La. R.S. 13:5104(A). The state capitol is located in Baton Rouge, in the 19th Judicial District. For venue purposes, in determining the parish in which the cause of action arises, courts look to the parish where the operative facts occurred that support plaintiff's entitlement to recovery. **Colvin v. Louisiana Patient's Comp. Fund Oversight Bd.**, 2006-1104 (La. 1/17/07), 947 So.2d 15, 27. J. Mitchell Ourso challenges a decision of the Louisiana Board of Ethics that he violated the Campaign Finance Disclosure Act, which decision was made in East Baton Rouge Parish. Furthermore, the alleged unlawful expenditure of campaign funds occurred in East Baton Rouge Parish pursuant to the bill of sale. Accordingly, the Louisiana Board of Ethics' exception of improper venue is granted and this case is remanded to the trial court with instructions to transfer this matter to the 19th Judicial District Court for the Parish of East Baton Rouge.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT